UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Mark Anthony Delacruz

Chapter 13
Case No.: 10-61709 ASW

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE
CLAIMANT: HSBC Bank Nevada, N.A. (YAMAHA)

Debtor(s) _____ / CLAIM NO: 4

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Bass & Associates, P.C<br>Rosemarie Baysa, Administrative Assistant<br>Rep: HSBC Bank Nevada, N.A.<br>3936 E Ft. Lowell Suite 200<br>Tucson, AZ 85712 | $8223.48 | 12/16/2010 |

The basis for the objection is that the claim:
\_\_\_ duplicates claim no. _____ filed on _____ by _____.
\_\_\_ does not include a copy of the underlying judgment.
\_\_\_ does not include a copy of the security agreement and evidence of perfection.
\_\_\_ fails to assert grounds for priority.
\_\_\_ does not include a copy of the assignment(s) upon which it is based.
\_\_\_ appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_ is not timely filed.
_X_ **Debtor is a co-signer. Debtor has no interest in 2006 Yamaha YZF-R6. Debtor will abandon this personal property. See attached a copy of the first amended plan as Exhibit A. In addition, see attached a copy of (relevant pages) proof of claim as Exhibit B.**

The Objecting Party will ask the Court to enter an Order providing that the claim is:
\_\_\_ allowed as a secured claim in the amount of: $_____.
\_\_\_ allowed as an unsecured claim in the amount of: $_____.
\_\_\_ allowed as a priority claim in the amount of: $_____.
_X_ disallowed in its entirety
\_\_\_ _____

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 10/14/2011

/s/Javed Ellahie
Attorney for Objecting Party

DEBTORS' ADDRESS:
Mark Anthony Dela Cruz
427 Easter Ave.
Milpitas, CA 95035

Ellahie & Farooqui, LLP
12 S. 1st Street, Suite 600
San Jose, CA 95113
Telephone: 408-294-0404

**CERTIFICATE OF SERVICE**

I am not less than 18 years of age and not a party to the within case. My business address is: 12 S. 1st Street, Suite 600, San Jose, CA 95113. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.
Dated: 10/18/2011 at San Jose, California. /s/ Kim Jackson

Mark Anthony Dela Cruz
427 Easter Ave.
Milpitas, CA 95035

In re:
Mark Anthony De La Cruz

Case No. 10-61709 ASW 13
FIRST AMENDED
Chapter 13 Plan

Debtor(s).

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ __930__ each month. Initial attorneys fees are requested in the amount of $ __4600__. Debtor(s) elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements as follows:
   a) On allowed claims for expenses of administration required by 11 USC §507 (a)(2) in deferred payments.
   b) On allowed secured claims, which shall be treated and valued as follows:

| Name | Value of Collateral | Estimated Mortgage/Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate (If Specified) |
|---|---|---|---|---|
| Wachovia | $403,000 | $31,746 | | 0 |
| Nissan Motor Acceptance | $15,200 | | | 4 |

[The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of ¶ 2(d).]

   c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507.
   d) On allowed general unsecured claims as follows:
   __X__ at a rate of __0__ cents on the dollar. The estimated term of the plan is __60__ months. (Percentage Plan)
   _____ the sum of _____ payable over _____ months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in ¶ 1 as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty months of confirmation. (Pot Plan)

3. The debtors elect to reject the following executory contracts of leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).

   **Debtor is a co-signer and will abandon the following property:**
   **2006 Yamaha YZF-R6**
   **Creditor: HSBC Bank Nevada, N.A. (Bass & Associates, P.C.)**

4. The debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

| Name | Monthly Payment | Name | Monthly Payment |
|---|---|---|---|
| Wachovia | $1765 [HAMP Payment Proposed] | | |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The debtor(s) elect to have property of the estate:
   __X__ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
   __ revest in the debtor(s) upon plan confirmation. Once property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose pursuant to 11 USC 1322(b):

Dated: 10/13/2011          /s/   Mark Anthony De La Cruz

I, the undersigned, am the attorney for the above named debtor(s), and hereby certify that the foregoing Chapter 13 Plan is a Verbatim replica of pre-approved Chapter 13 Plan promulgated pursuant to B.L. R. 1007-1 for use in the San Jose Division.

Dated: 10/13/2011          /s/ Javed Ellahie
                           JAVED ELLAHIE, ESQ.
                           Attorney for Debtor(s)

Rev. 04/06 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

Case: 10-61709    Doc# 45    Filed: 10/18/11    Entered: 10/18/11 15:17:16    Page 2 of 3
Case: 10-61709    Doc# 48    Filed: 10/18/11    Entered: 10/18/11 15:37:02    Page 4 of 6

7. The debtor(s) further propose pursuant to 11 USC 1322(b):

Dated: 10/13/2011                                  /s/ Mark Anthony De La Cruz

I, the undersigned, am the attorney for the above named debtor(s), and hereby certify that the foregoing Chapter 13 Plan is a Verbatim replica of pre-approved Chapter 13 Plan promulgated pursuant to B.L. R. 1007-1 for use in the San Jose Division.

Dated: 10/13/2011                                  /s/ Javed Ellahie
                                                   JAVED ELLAHIE, ESQ.
                                                   Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM

| Name of Debtor: Mark D. Delacruz | Case Number: 10-61709-ASW |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
HSBC Bank Nevada, N.A. (YAMAHA)

Name and address where notices should be sent:

Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Telephone number:
(520) 577 - 1544

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:
(520) 577 - 1544

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 8,223.48

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____3353

   3a. Debtor may have scheduled account as: Yamaha
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $ 5180.00   Annual Interest Rate_____%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $_____   Basis for perfection: PMSI

   Amount of Secured Claim: $ 5180.00   Amount Unsecured: $ 3043.48

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**

   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 12/15/2010  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Rosemarie Baysa   Rosemarie Baysa, Administrative Assistant

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT "B"