UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter
                                          Case No.: 10-61709 ASW
Mark Anthony Delacruz
                                          REQUEST FOR DEFAULT ORDER RE OBJECTION TO
                                          CLAIM; DECLARATION; CERTIFICATE OF SERVICE
                                          CLAIMANT: HSBC Bank Nevada, N.A. (YAMAHA)
                                          CLAIM NO: 4

Debtor(s)_____/

     The Debtor(s) [or Trustee] request(s) an Order sustaining the objection to the above claim pursuant to Local Rule 9014.

     On October 18, 2011, a copy of the OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE was served on Claimant as follows:

Bass & Associates, P.C
Rosemarie Baysa, Administrative Assistant
Rep: HSBC Bank Nevada, N.A.
3936 E Ft. Lowell Suite 200
Tucson, AZ 85712

     More than twenty one (21) days have elapsed since such service and I have been served with no response or request for hearing. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 10/04/2012                                 /s/ Javed Ellahie
                                                  Attorney for Objecting Party


CERTIFICATE OF SERVICE

     I am not less than 18 years of age and not a party to the within entitled action. My business address is 12 S First Street, Suite 600, San Jose, CA 95113. I served this REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE by first-class United States Mail, postage pre-paid, at San Jose, CA, on the date noted below and addressed to the Claimant above, and on those listed below. If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 10/4/2012                                  /s Kim Jackson

Mark Anthony Dela Cruz
427 Easter Ave.
Milpitas, CA 95035Rev. 2/05