UNITED STATES BANKRUPTCY COURT (NORTHERN DISTRICT OF CALIFORNIA)

In re:
Mark Anthony De La Cruz

Case No. 10-61709 ASW 13
**SECOND AMENDED**
Chapter 13 Plan

Debtor(s).

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ __930 X 15 months and $1882 thereafter__ each month. Initial attorney's fees are requested in the amount of $ __4600__. _____ Debtor(s) elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements as follows:
   a) On allowed claims for expenses of administration required by 11 USC §507 (a)(2) in deferred payments.
   b) On allowed secured claims, which shall be treated and valued as follows:

| Name | Value of Collateral | Estimated Mortgage/Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate (If Specified) |
|---|---|---|---|---|
| Wachovia | $403,000 | | | 0 |
| Nissan Motor Acceptance | $15,200 | | $125 | 4 |

[The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of ¶ 2(d).]

   c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507.
   d) On allowed general unsecured claims as follows:
   __X__ at a rate of __0__ cents on the dollar. The estimated term of the plan is __60__ months. (Percentage Plan)
   _____ the sum of _____ payable over _____ months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in ¶ 1 as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty months of confirmation. (Pot Plan)

3. The debtors elect to reject the following executory contracts of leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).
   **Debtor is a co-signer and will abandon the following property:**
   **2006 Yamaha YZF-R6**
   **Creditor: HSBC Bank Nevada, N.A. (Bass & Associates, P.C.)**

4. The debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

| Name | Monthly Payment | Name | Monthly Payment |
|---|---|---|---|
| Wachovia | $1765 [HAMP Payment Proposed] | | |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The debtor(s) elect to have property of the estate:
   __X__ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
   ____ revest in the debtor(s) upon plan confirmation. Once property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

Rev. 04/06 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

7. The debtor(s) further propose pursuant to 11 USC 1322(b):
   a. The Trustee will comply with the terms of the order entered in favor of Nissan Motor Acceptance on December 3, 2012 [Court Docket # 65] requiring the trustee to pay $2875 to cure payment due for January 2011 through November 2012 and to pay $125/ per month commencing December 2012.
   b. Notwithstanding Section 2(d), general unsecured creditors shall receive no less than $195.
   c. If the loan modification is denied, the mortgage payment to Wachovia will revert to the terms provided for in the operative loan documents.

Dated: 7/26/2013
/s/ Mark Anthony De La Cruz

I, the undersigned, am the attorney for the above named debtor(s), and hereby certify that the foregoing Chapter 13 Plan is a Verbatim replica of pre-approved Chapter 13 Plan promulgated pursuant to B.L.R. 1007-1 for use in the San Jose Division.

Dated: 7/26/2013
/s/ Javed Ellahie
JAVED ELLAHIE, ESQ.
Attorney for Debtor(s)

Rev. 04/06 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

Case: 10-61709    Doc# 73    Filed: 08/01/13    Entered: 08/01/13 16:29:46    Page 2 of 2